## BALTZ v. MITCHELL.

No. 2880.   Opinion Filed July 22, 1913.

Rehearing Denied November 4, 1913.

(135 Pac. 1137.)

*Error from District Court, Rogers County;
T. L. Brown, Judge.*

Action by Reece B. Mitchell, by his next friend, Franklin P. Mitchell, against Foster Baltz (*nee* Stone). Judgment for plaintiff, and defendant brings error. Reversed and dismissed. ·

*A. F. Mood,* for plaintiff in error.

*W. H. Kornegay,* for defendant in error.

Opinion by BREWER, C.   This is a companion suit to that of 2,878, *Bell v. Mitchell, ante,* 135 Pac. 1136, and involves similar facts and the application of the same law. The last-named case, decided at the present term of this court by Rosser, C., discusses and decides the law applicable to the facts in this case, and it is unnecessary to repeat the same here.

On the authority of the case referred to, this case must be reversed and dismissed.

By the Court:   It is so ordered.